UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ERASTO AGUILAR BALLESTEROS,                                           Petitioner,

v.                                                           Civil Action No. 4:26-cv-18-DJH

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security et al.,                                           Respondents.

\* \* \* \* \*

**ORDER**

Petitioner Erasto Aguilar Ballesteros, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241. Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)     The Clerk of Court **shall forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on each Respondent and the United States Attorney for the Western District of Kentucky and shall additionally serve the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)     The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(3)     **On or before January 16, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted. *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(4)     Petitioner may file a reply **on or before January 20, 2026**.

(5)     The parties shall appear before this Court for a hearing on the petition on **January 21, 2026, at 1:30 p.m.** at the U.S. Courthouse in Louisville, Kentucky. Petitioner may appear by

1

Zoom if the option is available with the Hopkins County Jail and so long as Petitioner's appearance is not required as set forth in the following paragraph. Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear on Zoom.

(6)  "Unless the application for the writ and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained." 28 U.S.C. § 2243. If Petitioner asserts that there are issues of fact necessary to be addressed in the hearing, then they shall inform Respondents by **January 20, 2026, and Respondents shall produce the body of the person detained at the hearing.**

January 13, 2026

David J. Hale, Chief Judge
United States District Court