UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

ERASTO AGUILAR BALLESTEROS,                                                    Petitioner,

v.                                                                                            Civil Action No. 4:26-cv-18-DJH

KRISTI NOEM, Secretary, U.S. Department
of Homeland Security et al.,                                                         Respondents.

\* \* \* \* \*

## ORDER

The parties have submitted a joint status report advising the Court that they wish to waive the show-cause hearing set in this matter. (Docket No. 7)  Accordingly, and by agreement of the parties, it is hereby

**ORDERED** that the show-cause hearing of this matter, currently set for January 21, 2026, is **REMANDED** from the Court's docket.

January 20, 2026

David J. Hale, Chief Judge
United States District Court

1